# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| APPLE INC., and HOAI DANG<br><br>                     Plaintiffs-Appellees,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>                     Defendants-Appellants. | No. 2015-1029 |

## DOCKETING STATEMENT

*This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.*

**Name of the party you represent:** Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").

**Party is:** Appellants.

**Tribunal appealed from and Case No.:** United States District Court for the Northern District of California, Case No. 11-CV-01846, Judge Lucy H. Koh.

**Date of Judgment/Order:**

Post-judgment order awarding costs, entered September 19, 2014

1

**Type of Case:** Patent.

**Relief sought on appeal:**

On its appeal, Samsung will seek vacatur of the post-judgment order awarding costs to Apple Inc. ("Apple").

**Relief awarded below (if damages, specify):**

The district court awarded costs to Apple in the amount of $1,871,302.78.

**Briefly describe the judgment/order appealed from:**

Following entry of final judgment, the district court entered an order pursuant to Fed. R. Civ. P. 54(d) taxing costs against Samsung and in favor of Apple in the amount of $1,871,302.78.

**Nature of judgment:**

Final post-judgment order, 28 U.S.C. § 1295(a)(1)

**Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued:**

*Apple Inc. v. Samsung Elecs. Co.*, No. 2012-1105 (Bryson, J., authoring)

*Apple Inc. v. Samsung Elecs. Co.*, No. 2012-1506 (dismissed per FRAP 42(b))

*Apple Inc. v. Samsung Elecs. Co.*, Nos. 2012-1600, -1606, 2013-1146 (Prost, J., authoring).

*Apple Inc. v. Samsung Elecs. Co.*, No. 2013-1129 (Prost, J., authoring)

*Apple Inc. v. Samsung Elecs. Co.*, No. 2014-1335 (pending)

*Apple Inc. v. Samsung Elecs. Co.*, No. 2014-1368 (dismissed per FRAP 42(b))

**Brief statement of the issues to be raised on appeal:**

Samsung intends to argue that the district court's post-judgment order awarding costs to Apple pursuant to Fed. R. Civ. P. 54(b) should be vacated if the final judgment on which it is predicated is reversed, vacated, or modified.

**Have there been discussions with other parties relating to settlement of this case?**

Yes.

**If "yes," when were the last such discussions?**

During the pendency of the case below.

**If "yes," were the settlement discussions mediated?**

Yes.

**If they were mediated, by whom?**

Magistrate Judge Spero in the Northern District of California. The parties also participated in a mediation in connection with ITC investigations Nos. 337-TA-794/796 and in another case pending before the U.S. District Court for the Northern District of California (No. 12-cv-630).

**Do you believe that this case may be amenable to mediation?**

No.

**If you answered no, explain why not:**

Prior mediation and settlement discussions with respect to the underlying case have occurred but have not resulted in settlement.

**Provide any other information relevant to the inclusion of this case in the court's mediation program:**

None.

## PROOF OF SERVICE

The undersigned hereby certifies that on October 22, 2014, I electronically filed the foregoing DOCKETING STATEMENT with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kathleen M. Sullivan_____
Kathleen M. Sullivan
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
kathleensullivan@quinnemanuel.com

*Attorney for Defendants-Appellants*