# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

2015-1029

APPLE INC. and HOAI DANG,

Plaintiffs-Appellees,

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

Defendants-Appellants.

## DOCKETING STATEMENT

*This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.*

**Name of the party you represent:**  Apple Inc.

**Party is:**  Appellee.

**Tribunal appealed from and Case No.:**  United States District Court for the Northern District of California, Case No. 11-CV-01846, Judge Lucy H. Koh.

**Date of Judgment/Order:**  Order awarding costs entered September 19, 2014.

**Type of Case:**  Patent.

**Relief sought on appeal:**

On appeal, Apple seeks affirmance of the district court's order awarding Apple costs in the amount of $1,871,302.78.

**Relief awarded below (if damages, specify):**

On March 6, 2014, the district court entered judgment against Samsung and in favor of Apple in the amount of $929,780,039.

On September 19, 2014, the district court issued an order awarding Apple costs in the amount of $1,871,302.78.

**Briefly describe the judgment/order appealed from:**

On September 19, 2014, the district court issued an order awarding Apple costs in the amount of $1,871,302.78.

**Nature of judgment:** Final judgment. *See* 28 U.S.C. § 1295.

**Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued:**

This Court previously resolved an appeal in this case (No. 12-1105) arising from the district court's denial of Apple's motion for a preliminary injunction. *Apple Inc. v. Samsung Elecs. Co.*, 678 F.3d 1314 (Fed. Cir. 2012) (Bryson, J., joined by Prost, J.; opinion concurring-in-part and dissenting-in-part by O'Malley, J.). Following remand from that appeal, the district court entered a preliminary injunction from which Samsung appealed (No. 12-1506). That appeal was voluntarily dismissed following the jury's August 2012 verdict in the underlying case.

This Court previously resolved appeals in this case (Nos. 12-1600, -1606, and 13-1146) regarding the district court's denial of the parties' requests to seal certain exhibits to pre-trial motions and post-trial briefing. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214 (Fed. Cir. 2013) (Prost, J., joined by Bryson and O'Malley, JJ.).

This Court previously resolved an appeal (No. 13-1129) in this case arising from the district court's denial of Apple's motion for a permanent injunction. *Apple Inc.*

*v. Samsung Elecs. Co.*, 735 F.3d 1352 (Fed. Cir. 2013) (Prost, J., joined by Bryson and O'Malley, JJ.).

Samsung's appeal from the juries' verdicts in this case (No. 14-1335) is currently pending before this Court and has been scheduled for argument on December 4, 2014. Apple voluntarily dismissed its consolidated cross-appeal (No. 14-1368).

**Brief statement of the issues to be raised on appeal:**

Whether the district court correctly awarded Apple costs in the amount of $1,871,302.78.

**Have there been discussions with other parties relating to settlement of this case?** Yes.

**If "yes," when were the last such discussions?** During the pendency of the case below.

**If "yes," were the settlement discussions mediated?** Yes, settlement discussions between the parties have been mediated.

**If they were mediated, by whom?** Magistrate Judge Spero in the Northern District of California has mediated previous settlement discussions. The parties have also used a private mediator. There was also a mediation in proceedings before the ITC (Inv. Nos. 337-TA-794, -796) and in another case pending before the U.S. District Court for the Northern District of California (No. 12-cv-630).

**Do you believe that this case may be amenable to mediation?** No.

**If you answered no, explain why not:** Apple and Samsung have participated in settlement discussions and multiple mediations and have not been able to resolve the dispute.

**Provide any other information relevant to the inclusion of this case in the court's mediation program.** None.

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 22nd day of October, 2014, which will send notice of such filing to all registered CM/ECF users.

<u>William F. Lee</u>                   <u>*/s/ William F. Lee*</u>
Name of Counsel                  Signature of Counsel

**Law Firm:** Wilmer Cutler Pickering Hale and Dorr LLP
**Address:** 60 State Street
**City, State, ZIP:** Boston, MA  02109
**Telephone Number:** 617-526-6000
**FAX Number:** 617-526-5000
**E-mail Address:** william.lee@wilmerhale.com